

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

HEMPHILL

v                                              CIVIL. ACTION: C-1-01-590

CONVERGYS                                      JUDGE WEBER

*************************************************************

I hereby acknowledge receipt of the Depositions in the above styled case.

11-4-03
Date

P. Tobias, Pltfs atty